**No. 09-1341. Bola Ajiwoju, Petitioner v. University of Missouri - Kansas City.**

561 U.S. 1027, 130 S. Ct. 3517, 177 L. Ed. 2d 1093, 2010 U.S. LEXIS 5344.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 363 Fed. Appx. 420.